NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOUGLAS N. HINGA,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3171

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100058-I-1.

---

## ON MOTION

---

## ORDER

Douglas N. Hinga moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 2 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Douglas N. Hinga
     Patryk J. Drescher, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 2 1 2010

**JAN HORBALY**
**CLERK**